John W. DONALD, William Edward Larman, John R. Green, Appellants, v. DISTRICT OF COLUMBIA, Appellee.

No. 7458.

United States Court of Appeals for the District of Columbia.

Argued Nov. 7, 1939.

Decided Nov. 10, 1939.

James T. Crouch, of Washington, D. C., for appellants.

Elwood Seal, Corp. Counsel, D. C., Vernon E. West, Principal Asst. Corp. Counsel, D. C., and Milton D. Korman, Asst. Corp. Counsel, D. C., all of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and MILLER and EDGERTON, Associate Justices.

PER CURIAM.

Appellants were convicted in the District Police Court for selling intoxicating liquors without having obtained a license to do so. We have carefully examined both the testimony and the instructions to the jury and find no merit in the various assignments of error. Appellants received a fair trial, and their conviction must be affirmed.

Affirmed.